# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **MITCHELL WILLIAMS,** | : | |
| Petitioner, | : | |
| | : | |
| v. | : | **CIVIL ACTION NO. 18-CV-4963** |
| | : | |
| **MARK GARMAN,** *et al.,* | : | |
| Respondents. | : | |

## ORDER

**AND NOW** this 11th day of May, 2020, upon careful and independent consideration of the Petition for Writ of Habeas Corpus (Doc. No. 1), after review of the Report and Recommendation of United States Magistrate Judge Elizabeth T. Hey (Doc. No. 17), and there being no objections, it is hereby **ORDERED** that:

1. The Report and Recommendation is **APPROVED** and **ADOPTED**;

2. The Petition for Writ of Habeas Corpus is **DISMISSED AS UNTIMELY**;

3. There is no basis for the issuance of a certificate of appealability; and

4. The Clerk of Court shall mark this case **CLOSED**.

**BY THE COURT:**

*/s/ Mitchell S. Goldberg*
_____
**MITCHELL S. GOLDBERG, J.**